IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

JULIE MULHERN and husband )
ALLAN MULHERN, )
 )
    Plaintiffs, )
 )
v. ) Civil No. 3:23-cv-00960
 ) Judge Trauger
WAL-MART STORES EAST, LP., )
 )
    Defendant. )

**JURY VERDICT FORM**

We, the jury, unanimously answer the questions submitted by the court as follows:

1. Do you find the defendant to be at fault? (The plaintiff has the burden of proof.)

    Yes __X__        No ____

If your answer is "no", stop here, sign the verdict form and return to the Court. If your answer is "yes", proceed to Question 2.

2. Do you find the plaintiff to be at fault? (The defendant has the burden of proof.)

    Yes ____        No __X__

If your answer is "no", you have found defendant 100% at fault and therefore you should skip question 3 and proceed to question 4. If your answer is "yes", proceed to question 3.

3. If you found both parties to be at fault, considering all the fault at One Hundred Percent (100%), what percentage of fault do you attribute to each of the parties?

    Plaintiff                         _____ % (0-100%)

    Defendant                   _____ % (0-100%)

    Total                                 100%

If you find plaintiff to be 50% or more at fault, stop here, sign this form and return to Court. A plaintiff 50% or more at fault is not entitled to recover damages. If you find that plaintiff is less than 50% at fault, proceed to question 4.

4. Decide the total amount of damages sustained by the Plaintiff. Do not reduce those damages by any percentage of fault you may have assigned to plaintiff. It is the responsibility of the Judge, after you return your verdict, to reduce the damages you award, if any, by the percentage of fault you assign to plaintiff. What amount of damages, if any, do you find were sustained by Plaintiffs Julie Mulhern?

(Burden of proof is on the plaintiffs).

**Julie Mulhern:**

1. Any past damages for each of the following types of damages:

    (A) Medical and other costs of health care: __184,748__

    (B) Other economic damages: __29,295__ ; and

    (C) Noneconomic damages: __300,000__ ; and

2. Any future damages and the periods over which they will accrue for each of the following types of damages:

    (A) Medical and other costs of health care: __475,000__

    (B) Other economic damages: __42,612__ ; and

    (C) Noneconomic damages: __2,300,000__ .

The calculation of all future medical care and other costs of health care and future noneconomic losses must reflect the costs and losses during the period of time the claimant will sustain those costs and losses. All such calculations of future losses shall be adjusted to reflect net present value.

TOTAL DAMAGES Julie Mulhern $ __3,331,655__

**Allan Mulhern**

TOTAL DAMAGES Allan Mulhern $ 100,000

_____
Jury Foreperson

7/18/25
Date