# IN THE UNITED STATES DISTRICT COURT FOR THE
# MIDDLE DISTRICT OF TENNESSEE
# NASHVILLE DIVISION

| | |
|---|---|
| JULIE MULHERN, ET AL., | ) |
| Plaintiffs, | ) ) ) |
| v. | ) Civil No. 3:23-cv-00960 |
| | ) Judge Trauger |
| WAL-MART STORES EAST, LP., | ) ) ) |
| Defendant. | ) |

## JUDGMENT

In accordance with the jury verdict form returned in this trial on July 18, 2025, the following damages are hereby awarded to the plaintiffs against defendant Wal-Mart Stores East, LP:

1. Past and future economic damages in the amount of $731,655.

2. Past and future non-economic damages in the amount of $750,000 (reduced from $2,700,000 pursuant to caps imposed by Tennessee law).

Therefore, the Clerk shall enter judgment under Rule 58 of the Federal Rules of Civil Procedure in favor of the plaintiffs in the total amount of $1,481,655.

It is so **ORDERED**.

_____
ALETA A. TRAUGER
U.S. District Judge